# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**FRANK NIXON**                                                                              **PLAINTIFF**

**V.**                                                    **CIVIL ACTION NO. 4:08cv0062-DPJ-JCS**

**KEVIN BRADFORD**                                                                        **DEFENDANT**

### ORDER OF RECUSAL

This cause is before the Court, *sua sponte*, for purposes of recusal pursuant to 28 U.S.C. § 455 (2000).  It has come to the Court's attention that the undersigned's former law firm represents the Defendant.  Therefore, it is appropriate under the standards set forth in 28 U.S.C. § 455 that the undersigned recuse himself from this case.

It is, therefore, ORDERED, that the undersigned recuses himself from all further proceedings in this case.

**SO ORDERED AND ADJUDGED** this the 22th day of July, 2008.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE