IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**FRANK NIXON**                                                                              **PLAINTIFF**

**VS.**                                                                                      **4:08CV62HTW-LRA**

**KEVIN BRADFORD**                                                                           **DEFENDANT**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS DAY this cause came on to be heard on the joint motion of the parties to dismiss the Complaint and this cause of action filed against the Defendant with prejudice, and this Court, having been advised that this cause has been settled by the parties, is of the opinion that said motion is well taken and should be and is hereby granted.

It is therefore ORDERED AND ADJUDGED that this cause be and is hereby dismissed with prejudice with each party to bear their own costs and expenses, including attorney's fees.

ORDERED AND ADJUDGED THIS THE 28th DAY OF August, 2008.

**s/ HENRY T. WINGATE**
_____
CHIEF UNITED STATES DISTRICT COURT
JUDGE

AGREED TO BY:

/s/Robert Kevin Hamilton
Robert Kevin Hamilton
ATTORNEY FOR PLAINTIFF

/s/Richard M. Dye_____
Richard M. Dye
ATTORNEYS FOR DEFENDANT